ROBERT K. MASSEY, JR. *vs.* BOARD OF REGIONAL COMMUNITY COLLEGES. May 15, 1981. The argument premised on St. 1968, c. 637, § 1, overlooks the title of c. 637 as well as the remarks made by the then Governor on the first page of 1968 House Doc. No. 4595. The judgment is affirmed for the reasons given by the judge in his comprehensive memorandum and order; the plaintiff may move in the Superior Court to amend his complaint to set up any claim he may have which does not depend on G. L. c. 30A.

*So ordered.*

*John J. Egan (Maurice M. Cahillane, Jr.*, with him) for the plaintiff.
*James E. Samels*, Special Assistant Attorney General, & *Alan K. Posner*, Assistant Attorney General, for the defendant.